**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CAMERON LACROIX,

Plaintiff,

v.

CENTRAL INTELLIGENCE AGENCY,

Defendant.

Civil Action No. 26-cv-13723-ADB

**NOTICE OF APPEARANCE**

Pursuant to L.R. 83.5.2, please enter my appearance in the above-captioned case as counsel for the Defendant.

Filing of this notice does not waive any defects in service.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: October 23, 2026

By: */s/ Thomas Duffey*

Thomas Duffey
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3100
thomas.duffey@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Thomas Duffey, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as follows:

**Cameron Lacroix**
PO Box 620144
Newton, MA 02462

cameronlacroix@proton.me

Dated: October 23, 2026

By: */s/ Thomas Duffey*
Thomas Duffey
Assistant United States Attorney