UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMERON LACROIX.<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY.<br><br>Defendant. | No. 1:26-cv-13723-ADB |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Notice is hereby given that Assistant United States Attorney Rayford Farquhar withdraws his appearance as counsel for the United States in the above-captioned matter.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: October 23, 2026

By: */s/ Rayford A. Farquhar*

RAYFORD A. FARQUHAR
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3100
Email: rayford.farquhar@usdoj.gov