**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| CAMERON LACROIX | ) | |
| v. | ) | Civil Action No. 25-cv-13452-ADB |
| CENTRAL INTELLIGENCE AGENCY | ) | |

**MOTION FOR LEAVE TO ISSUE SUBPOENA DUCES TECUM FOR DOCUMENTARY EVIDENCE**

Plaintiff Cameron Lacroix, Pro Se. respectfully moves the Court for leave to issue a subpoena duces tecum to the Central Intelligence Agency located at 1000 Colonial Farm Road, McLean, Virginia 22101 for the production of evidence which could be destroyed.

Set out below is the relevant factual and procedural background for resolution of the pending motion

A. **Plaintiff's Prior Experience and Knowledge**

Plaintiff is a cyber security student at Western Governors University and a former computer hacker who was charged in this Court *(See 14-CR-10227-PBS, 14-CR-10162-WGY)*. Plaintiff possesses knowledge as to how computers and networks associate and communicate with each other based on a client and server relationships.

On March 7, 2017 Wikileaks began publishing hacking tools which were allegedly leaked by a CIA officer known as Joshua Schulte which came to be known as Vault 7. Within Vault 7 was a clandestine hacking tool known as Weeping Angel which had the ability to tap into televisions and turn them into live microphones.

On December 8, 2025 Plaintiff became a voluntary patient at Child & Family Services' Adult Crisis Center after federal law enforcement officers who were jointly working with intelligence operatives maliciously targeted him at Amazon. During his stay at the facility, he noticed that a Roku-based television in the facility was broadcasting a manipulated NBC newscast.

B. **Requested records from the Central Intelligence Agency**

On December 23, 2025 Plaintiff requested information related to 1.) the hacking of smart televisions including but not limited to turning them into audio recording devices, 2.) A CIA television studio which is being used to broadcast staged NBC newscasts. 3.) 965 Church Street in New Bedford, MA.

Plaintiff received a letter on June 17, 2026 indicating that the material requested "is itself currently classified and properly classified and is intelligence sources and methods".

Plaintiff received a letter on April 16, 2026 which indicated that his request was received and assigned F-2026-00705. The request said in summary that Plaintiff sought records related to "The hacking of smart televisions", information related to a CIA studio, and any information related to "965 Church Street in New Bedford, MA".

C. **Post-FOIA Psychological Warfare**

On August 1, 2026 Plaintiff was arrested by the U.S. Secret Service after asking a latino agent outside of The White House where he would go if he wanted to visit a staffer. Plaintiff was transported to the Psychiatric Institute of Washington ("PIW") by a two agents: one who Plaintiff remembers as Julian who told him that he had worked for Amazon in Virginia for a period of six months and another who was an Asian male who stated that he was familiar with Norwood, Massachusetts. Plaintiff has submitted materials to the U.S. Attorney's Office for the District of Columbia via e-mail suggesting that the arrest was criminal and related to a manufactured investigation.

Plaintiff watched a television on Unit 9 which depicted an unknown channel playing hip-hop music videos. Plaintiff is familiar with hip-hop and noticed that the presentations were not authentic videos but re-enactments. For example, a DMX song was not of the actual rapper himself but it contained a person which looked like him on a totally different set.

The individuals in the facility were initially hostile towards Plaintiff with one black male specifically stating "who got first" while in front of him. Staff did not allow anyone on Unit 9 to go outside for walks per the schedule, suggesting that individuals brought there may be considered problematic for those going against rogue officials.

Plaintiff's arrest paperwork stated that one of the reasons he was taken into custody was due to a statement resembling Plaintiff's opposition against the deep state. As evidence of a deep state conspiracy, Plaintiff points to a recent arrest involving an FBI official who stated over a Government messaging service that she was running a "shadow government" in Washington, D.C. *(See https://www.justice.gov/usao-dc/pr/two-former-fbi-officials-charged-lying-congress-about-hunter-biden-investigations).*

After discharge, Plaintiff learned that three employees at PIW had been indicted in connection with a neglectful homicide earlier that year suggesting potential criminal activity. *(See https://www.justice.gov/usao-dc/pr/three-former-employees-psychiatric-institute-washington-indicted-criminal-negligence).* In summary, Plaintiff believes that an early subpoena will yield evidence of psychological warfare.

**D. Records May Be Destroyed Absent an Early Subpoena**

On August 4, 1977 a New York Times article titled "80 Institutions used in C.I.A. Mind

Studies" was published by Nicholas M. Horrock. Mr. Horrock's article specifically indicated that these 80 institutions consisted of "44 colleges or universities" as well as "hospitals, prisons, and pharmaceutical companies". *(See https://www.cia.gov/readingroom/docs/CIA-RDP99-00498R000100110072-2.pdf)*.

According to a Wikipedia reference located on their related to MKUltra, records associated with the project were allegedly destroyed per this CIA memorandum *(See https://www.cia.gov/readingroom/docs/DESTRUCTION%20OF%20DRUG%20AND%20TOXIN%20RELATED%20FILES%5B12884391%5D.pdf)*.

On or around December 18, 2014 Plaintiff self surrendered to a prison known as the Federal Medical Center at Lexington in Kentucky. The facility was housed on the campus of what was known as the Addiction Research Center. Based on an article from Psychology Today, the Addiction Research Center had received funding from the CIA related to Project MKUltra "in search of a substance that could be useful in warfare to control the mind" *(See https://www.psychologytoday.com/us/blog/culturally-speaking/202505/building-a-history-mind-control-research-in-kentucky)*. Based on the preceding, Plaintiff suggests that the prison could have been used for experimental testing.

On June 30, 2026 the Task Force on the Declassification of Federal Secrets' Chairwoman Anna Paulina Luna (R-Fla.) opened up a hearing related to Mind Control and Accountability pertaining to the CIA's MKULTRA Experiments. Plaintiff believes that the psychological operations that he's been exposed to are related to a successor of Project MKULTRA and that there is also a strong public interest related to his case.

**E. Sealed Motion Supporting Government Weaponization**

On February 6, 2026 a Fox News article titled "Retired federal judge who wrote anti-Trump op-ed reportedly faced misconduct inquiry before resigning" indicated that U.S. District Judge Mark L. Wolf took part in a hostile work environment. This inquiry led to his retirement in November of 2025.

In June of 2026 a sealed motion was filed on Plaintiff's former criminal case *(See 14-CR-10162-MLW, ECF Doc [81])* by the United States. Plaintiff learned through a source that that the title of said filing was "Motion to Authorize Cameron Lacroix to be Placed in a Special Access Program on behalf of the Central Intelligence Agency". Plaintiff learned through a separate source that it was filed *ex parte* and that it contained information related to U.S. Probation. Plaintiff purports that his former Probation Officer was dishonest to U.S. District Judge Patti B. Saris in connection with a 2019 revocation hearing after manufacturing statements and evidence which were known to be false, which impacted the merits of the case.

On or about July 1, 2026 Plaintiff learned through an intelligence method that the Special Access Program ("SAP") was connected into an intranet by way of a network login

bearing the username “bmiller61”.

On or about July 5, 2026 Plaintiff was arrested by members of the Newton Police Department while traveling on foot to a local CVS. Plaintiff was informed that he had to be seen at the Newton-Wellesley Hospital because officers were concerned about his well-being. A psychiatrist who saw Plaintiff determined that he did not fit the criteria for a Section 12 and he was eventually discharged.

On July 8, 2026 Plaintiff’s past criminal case was reassigned to U.S. District Judge William G. Young as Senior U.S. District Judge Mark L. Wolf had since retired.

On or around July 10, 2026 an electronic order granting the motion was entered per a source.

On July 10, 2026 Plaintiff arrived home on his bicycle and upon leaning it up against the side of his home he saw officers leaving the apartment building which he lives in with a person known as Barton Miller. Plaintiff knows that Mr. Miller has a good working relationship with the Newton Police Department based on him observing him speak with officers in our hallway. Based on paperwork later received, Plaintiff was taken into custody in part due to a false statement indicating he was screaming and yelling which did not occur.

While in the emergency room of Boston Medical Center’s Brighton Campus, a nurse approached him with an aggressive looking male and a needle. Plaintiff was eventually told that she was going to “put him to sleep”. When Plaintiff asked for how long, the nurse said “forever”. Plaintiff politely refused the injection and told that he would be there all night. During his stay, Plaintiff was very polite, calm, and personable despite the threat.

On November 18, 2026 Plaintiff learned through an intelligence method that a username known as “Barton G Miller” or “Barton G. Miller” utilized an IP address 21.15.47.117 to access a file on a server known as “cianet” on October 15, 2026. This IP is associated with the Department of Defense.

On November 22, 2026 Plaintiff learned that one of the servers associated with the SAP which may be an aerial device located in the District of Massachusetts resolved to 18.47.56.18 which is owned by Amazon Technologies Inc. According to a press release on September 4, 2026, Amazon, the National Security Agency, and the DoD’s DARPA are collaborating *(See https://www.linkedin.com/posts/amazonscience_amazon-and-defense-advanced-research-projects-activity-7501655520857022464-mr_j)*.

Another server associated with the program was 45.18.17.56 which resolves to an AT&T Enterprise IP address located within the Northern District of Texas. On April 23, 2026 Plaintiff posted to his X.com account that his Google Mail account was hacked and accessed unlawfully by an IP address which also traces back to AT&T Enterprise in the

Northern District of Texas *(See https://x.com/cameronlacroix/status/2047426854697468372/photo/1).*

Plaintiff, while confined in the SAP, has learned that it is a server used for intelligence collection but also to deploy unlawful psychological warfare against individuals. He believes that the SAP was approved by former DCIA John O. Brennan and that the current Director John L. Ratcliffe’s signature may have been unlawfully used to finance and/or expand it. In addition, Plaintiff observed an individual at Amazon discussing an effort to manufacture evidence against him during the Biden Administration in 2024. Due to the seriousness of this issue, Plaintiff is choosing not to elaborate on the subject unless it is conducted within a closed hearing.

In summary, Plaintiff believes that records exist and due to their classification there is no other way to obtain this information absent a court order.

WHEREFORE, Plaintiff respectfully requests that the Court:

Grant leave to issue a subpoena duces tecum to Central Intelligence Agency 1000 Colonial Farm Road, McLean, Virginia 22101 for any information related to the initial FOIA request which relate to Government harassment and illegal surveillance.

Respectfully submitted,

CAMERON LACROIX
Pro Se

/ Cameron Lacroix
PO Box 620144
Newton, MA 02462
(617) 539-6662

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 22, 2026.

/s/ Cameron Lacroix
Cameron Lacroix, Pro, Se